EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re,<br>Enmienda a la Reglas 2.5.1 (j), 5.8, 5.8.1, 10.1, 10.1.1, 10.3.1, 11.1, 11.1.1, 11.1.2, 14.2.1, y 15.1.1 del Reglamento para la Admisión de aspirantes al Ejercicio de la Abogacía y la Notaría | 2005 TSPR 175<br><br>166 DPR \_\_\_\_ |

Número del Caso: ER-2005-13

Fecha: 23 de noviembre de 2005

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO
JUNTA EXAMINADORA DE ASPIRANTES AL EJERCICIO
DE LA ABOGACÍA Y LA NOTARÍA

In re,
Enmiendas a las Reglas 2.5.1(j), 5.8, 5.8.1, 10.1, 10.1.1, 10.3.1, 11.1, 11.1.1, 11.1.2, 14.2.1 y 15.1.1 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría

**RESOLUCIÓN**

San Juan, Puerto Rico a 23 de noviembre de 2005.

Al amparo del poder inherente de este Tribunal para regular la admisión y el ejercicio de la práctica de la abogacía y la notaría, y conforme a lo dispuesto en las Reglas 15.4 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría, del mes de junio de 1998, se enmiendan las Reglas 2.5.1(j), 5.8, 5.8.1, 10.1, 10.1.1, 10.3.1, 11.1, 11.1.1, 11.1.2, 14.2.1 y 15.1.1 del citado reglamento, para que exprese lo siguiente:

**Regla 2.5.1** La función principal de la Junta es colaborar con el Tribunal en el descargo de su poder inherente para determinar quiénes son las personas idóneas que pueden ejercer la profesión de abogado y notario en el Estado Libre Asociado de Puerto Rico. A tales efectos, la Junta tendrá, entre otras, las funciones y deberes siguientes:

(j) considerar las solicitudes de reconsideración de las contestaciones a las preguntas de discusión de los exámenes de Reválida General y Notarial, que sean sometidas por aspirantes que obtuvieron una calificación de no aprobado en dichas reválidas;

....

**Regla 5.8.1** Luego de que un aspirante haya recibido una calificación de no aprobado en el examen de Reválida General o en el de Reválida Notarial en seis (6) ocasiones distintas, contadas a partir de septiembre de 1983, no podrá ser admitido posteriormente a tomar cualquiera de dichos exámenes de reválida. Aquel aspirante que entre a tomar el examen y no pueda concluirlo, se le contará dicho examen como si lo hubiese tomado y se le evaluará de conformidad a esto.

....

**Regla 10.1** – Derechos de los aspirantes con calificación de no aprobado

**Regla 10.1.1** Todo aspirante con calificación de no aprobado en un examen de reválida tendrá derecho a:

a) examinar sus contestaciones a las preguntas de discusión;

b) obtener una copia certificada de las directrices de calificación, y

c) obtener una copia certificada de las contestaciones que solicita de las preguntas de discusión de los exámenes.

....

**Regla 10.3.1** Todo aspirante con una calificación de no aprobado que interese ejercer sus derechos según la Regla 10.1.1 de este Reglamento deberá hacer dicha solicitud al Director Ejecutivo dentro de los diez (10) días siguientes a la fecha de notificación del resultado de la reválida correspondiente. Utilizará para ello un formulario preparado que será remitido a cada aspirante que hubiese obtenido la calificación de no aprobado junto con la certificación de su resultado en la reválida.

....

**Regla 11.1** – Derechos de los aspirantes con calificación de no aprobado

**Regla 11.1.1** Sólo podrán solicitar una reconsideración aquellos aspirantes con la calificación de no aprobado que hayan obtenido una puntuación final en su reválida hasta veinticinco (25) puntos ajustados cercanos a la puntuación mínima para aprobar un examen de reválida en particular. De transcurrir el término para solicitar la admisión al próximo examen que se administrará, se extenderá dicho término para los aspirantes que tengan recursos pendientes.

**Regla 11.1.2** Todo aspirante con una calificación de no aprobado que interese solicitar la reconsideración deberá presentar su solicitud dentro de los veinte (20) días siguientes a la fecha del envío de las copias certificadas de las libretas de contestaciones. Este término de veinte (20) días es jurisdiccional.

....

**Regla 14.2.1** Tan pronto como sea posible luego de conocerse los resultados de cada examen, la Junta preparará y enviará a la Secretaría y Biblioteca del Tribunal, a las Escuelas de Derecho y a cualquier otra entidad que la Junta determine, una lista de aprobados y no aprobados, que identifique a los aspirantes por aquel número que para esos efectos se les asigne. Podrá además, publicar los resultados de los exámenes en los sistemas electrónicos de información. Luego de la juramentación de los abogados que hayan aprobado la Reválida General, se someterá una lista al Colegio de Abogados de Puerto Rico la cual incluirá sus direcciones.

....

**Regla 15.1.1** Una vez concluida cada reválida y transcurrido el término para solicitar una reconsideración de la calificación de no aprobado, se podrá disponer de todas las hojas de contestaciones y de las libretas de contestaciones a las preguntas de discusión correspondientes a todos los aspirantes que obtuvieron una calificación de aprobado y de aquellos aspirantes no aprobados que no soliciten reconsideración. Las libretas y hojas de contestaciones de aquellos aspirantes que

soliciten una reconsideración y/o un *certiorari* podrán ser destruidas una vez concluido el trámite de *certiorari.*

Esta enmienda entrará en vigor inmediatamente.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo Interina. El Juez Asociado señor Rebollo López no intervino.


Dimarie Alicea Lozada
Secretaria del Tribunal Supremo Interina